UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil Action No. 01-1034 DSD/JMM

St. Mark's Lutheran Home,

Plaintiff,

vs.

~~ORDER~~

TOMMY THOMPSON, in his capacity As Secretary of the United States Department of Health and Human Services, JOHN SCULLY, in his Capacity as Administrator of the Health Care Financing Administration (HCFA), Dorothy Burke Collins, as the Regional Administrator of Region V of HCFA, and BLUE CROSS/BLUE SHIELD OF NORTH DAKOTA (d/b/a Noridian) in its capacity as Fiscal intermediary,

Defendants.

---

The Court has received the Petition for Admission Pro Hac Vice signed by Mark R. Whitmore, an attorney admitted to practice in the U.S. District Court for the District of Minnesota. The Court also has received the Affidavit of the proposed Admitee, Ari J. Rosenthal to request admission pro hac vice.

Based upon the Petition, Affidavit and all the matters and proceedings herein, **IT IS HEREBY ORDERED,** that the Petition for Admission Pro Hac Vice of Ari J. Rosenthal in this matter is hereby **GRANTED.**

Motion Granted: Francis E. Dosal
For the Court: Francis E. Dosal, Clerk

JUN 29 2001
Date

FILED JUL 02 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil Action No. 01-1034 DSD/JMM

St. Mark's Lutheran Home,

Plaintiff,

vs.

**PETITION FOR ADMISSION PRO HAC VICE**

TOMMY THOMPSON, in his capacity As Secretary of the United States Department of Health and Human Services, JOHN SCULLY, in his Capacity as Administrator of the Health Care Financing Administration (HCFA), Dorothy Burke Collins, as the Regional Administrator of Region V of HCFA, and BLUE CROSS/BLUE SHIELD OF NORTH DAKOTA (d/b/a Noridian) in its capacity as Fiscal intermediary,

Defendants.

I, Mark R. Whitmore, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota. I request that this Court admit pro hac vice Ari J. Rosenthal, an attorney admitted to practice in the Northern District of Illinois, but not admitted to the bar of this court. Along with my self, Mr. Rosenthal will be counsel for the Plaintiff in the case above. I am aware that the local rules of this court require that I participate in the preparation and presentation of the case listed above, and that I accept service of all papers served.

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

Dated: 6/26/01

By ______________________

Mark R. Whitmore (License #232439)
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000
Fax: (612) 333-8829

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil Action No. 01-1034 DSD/JMM

St. Mark's Lutheran Home,

Plaintiff,

vs.

**AFFIDAVIT OF ARI J. ROSENTHAL**

TOMMY THOMPSON, in his capacity
As Secretary of the United States
Department of Health and Human Services,
JOHN SCULLY, in his
Capacity as Administrator of the
Health Care Financing Administration (HCFA),
Dorothy Burke Collins, as the Regional
Administrator of Region V of HCFA, and
BLUE CROSS/BLUE SHIELD OF NORTH
DAKOTA (d/b/a Noridian) in its capacity as
Fiscal intermediary,

Defendants.

I, Ari J. Rosenthal, am currently a member in good standing of the U.S. District Court for the Northern District of Illinois. I am not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

**JAMES, GUSTAFSON & THOMPSON, LTD.**

Dated:

By________________________________

Ari J. Rosenthal (Illinois License #6188583)
1001 E. Chicago Avenue, Suite 103
Naperville, Illinois 60540
630-369-3535