UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ST. MARK'S LUTHERAN HOME, Civil No. 01-1034 (DSD/JMM)

Plaintiff,

v.

PRETRIAL SCHEDULING ORDER

TOMMY THOMPSON, in his capacity as Secretary of the U.S. Department of Health and Human Services; JOHN SCULLY, in his Capacity as Administrator of the Health Care Financing Administration; DOROTHY BURKE COLLINS, as the Regional Administrator of Region V of HCFA; and BLUE CROSS BLUE SHIELD OF NORTH DAKOTA, in its capacity as Fiscal intermediary d/b/a Noridian,

Defendants.

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Pleadings/Disclosures

October 17, 2001 - All motions or stipulations which seek to amend the pleadings or add parties must be served and filed.

October 29, 2001 - All pre-discovery disclosures required by Rule 26(a)(1) shall be completed by Plaintiff.

November 9, 2001 - All pre-discovery disclosures required by Rule 26(a)(1) shall be completed by Defendants.

Filed OCT 15 2001
Richard Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______

Discovery/Nondispositive Motions

| | |
|---|---|
| February 1, 2002 - | All discovery of any kind shall be commenced in time to be completed by this date. |
| February 5, 2002 - | All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed. Nondispositive motions may be scheduled for hearing by calling Katherine Haagenson, Calendar Clerk to Magistrate Judge John M. Mason, (651) 848-1190. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2. A Reply Memorandum not exceeding five pages may be delivered to opposing counsel and the chambers of this Court no later than 9:00 a.m. on the business day preceding the hearing. |

Dispositive Motions/Trial

It is the intention of the parties to present cross-motions for summary judgment. The Motions shall be submitted in accordance with Local Rule 7.1, and particularly Local Rule 7.1(b)(2)(A) through (E). The following schedule shall be followed in the submission of the written pleadings in support of said Motion.

| | |
|---|---|
| February 25, 2002 - | Plaintiff's Motion for Summary Judgment and Supporting Pleadings |
| March 22, 2002 - | Defendants' Motion for Summary Judgment and Supporting Pleadings |
| March 22, 2002 - | Parties will schedule a hearing on the Motions |
| April 2, 2002 - | Plaintiff's Reply |
| April 10, 2002 - | Defendants' Surreply |

This case shall be ready for trial at the conclusion of discovery or upon resolution of any dispositive motion. The parties estimate that trial of this matter will take 8 days.

General

The Court does not expressly limit the number of depositions or written discovery devices which may be employed by the parties. The attention of the parties is called to the provisions of Rule 26(g). If necessary, the Court will rule on objections to specific discovery. See also Rule 37(a)(4).

Each party may depose no more than 2 experts.

Each party may call no more than 2 experts at trial.

Dated: October 15, 2001

JOHN M. MASON
United States Magistrate Judge