UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Civil Action No. 01-1034 DSD/JMM

St. Mark's Lutheran Home,

Plaintiff,

vs.

**AMENDED PRE-TRIAL SCHEDULING ORDER**

TOMMY THOMPSON, in his capacity As Secretary of the United States Department of Health and Human Services, THOMAS SCULLY, in his Capacity as Administrator of the Health Care Financing Administration (HCFA), Dorothy Burk Collins, as the Regional Administrator of Region V of HCFA, and BLUE CROSS/BLUE SHIELD OF NORTH DAKOTA (d/b/a Noridian) in its capacity as Fiscal intermediary,

Defendants.

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

**DISCOVERY/NON-DISPOSITIVE MOTIONS**

March 18, 2002: All discovery of any kind shall be commenced in time to be completed by this date.

March 22, 2002: All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed. Non-dispositive motions may be scheduled for hearing by calling Katherine Haagenson, Calendar Clerk to Magistrate Judge John M. Mason (651) 848-1190. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2. A reply memorandum not exceeding five pages may be

FILED JAN 28 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

delivered to opposing counsel and the chambers of this Court no later than 9:00 o'clock a.m. on the business day preceding the hearing.

**DISPOSITIVE MOTIONS/TRIAL:**

It is the intention of the parties to present cross-motions for summary judgment. The motions shall be submitted in accordance with Local Rule 7.1, and particularly Local Rule 7.1(b)(2)(A) through (E). The following schedule shall be followed in the submission of the written pleadings in support of said motion.

| | |
|---|---|
| April 12, 2002 | Plaintiff's motion for summary judgment and supporting pleadings. |
| May 6, 2002 | Defendants' motion for summary judgment and supporting pleadings. |
| May 6, 2002 | Parties will schedule a hearing on the motions. |
| May 17, 2002 | Plaintiff's reply. |
| May 27, 2002 | Defendants' surreply. |

This case shall be ready for trial at the conclusion of discovery or upon resolution of any dispositive motion. The parties estimate the trial of this matter will take eight days.

**GENERAL**

The Court does not expressly limit the number of depositions or written discovery devices which may be employed by the parties. The attention of the parties is called to the provisions of Rule 26(g). If necessary, the Court will rule on objections to specific discovery. *See also* Rule 37(a)(4).

Each party may depose no more than two experts. Each party may call no more than two experts at trial.

Dated this 28 day of January, 2002

JOHN M. MASON
UNITED STATES MAGISTRATE JUDGE