UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

St. Mark's Lutheran Home,

Plaintiff,

v.

Tommy Thompson, in his capacity As Secretary fo the United States Department of Health and Human Services,

Defendant.

01cv1034 (JEL/JGL)

**NOTICE OF HEARING**

---

**TAKE NOTICE** that the above entitled matter is **scheduled** for hearing **Plaintiff's Motion for Summary Judgment and Defendants' Motion to Dismiss/Summary Judgment** on Monday, August 26, 2002 at 11:00 a.m., before Judge Joan E. Lancaster, Courtroom 3, St. Paul, Minnesota.

DATED: July 3, 2002.

RICHARD D. SLETTEN
*Clerk*

Sheri L. Frette *Deputy Clerk*

JUL 03 2002
FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____